**No. 09-11112. Samuel Ogot, Petitioner v. United States.**

562 U.S. 862, 131 S. Ct. 143, 178 L. Ed. 2d 86, 2010 U.S. LEXIS 5867.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-11113. Lawrence Northern, Petitioner v. Ana Boatwright, Warden.**

562 U.S. 862, 131 S. Ct. 143, 178 L. Ed. 2d 86, 2010 U.S. LEXIS 6326.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 594 F.3d 555.

**No. 09-11118. Meloni Thomas, Petitioner v. Virginia.**

562 U.S. 862, 131 S. Ct. 143, 178 L. Ed. 2d 86, 2010 U.S. LEXIS 6109.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

Same case below, 279 Va. 131, 688 S.E.2d 220.

**No. 09-11119. Hung Nam Tran and Eric L. Fankhauser, Petitioners v. Karen Timberlake, et al.**

562 U.S. 862, 131 S. Ct. 143, 178 L. Ed. 2d 86, 2010 U.S. LEXIS 6130.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-11123. Mark E. Allen, Petitioner v. Brian Coleman, Superintendent, State Correctional Institution at Fayette, et al.**

562 U.S. 862, 131 S. Ct. 144, 178 L. Ed. 2d 86, 2010 U.S. LEXIS 6231.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-11124. Leslie V. Anthony, Petitioner v. Office of Personnel Management.**

562 U.S. 862, 131 S. Ct. 389, 178 L. Ed. 2d 86, 2010 U.S. LEXIS 6002.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 361 Fed. Appx. 142.

**No. 09-11125. George Crear, Petitioner v. Shirlee Harry, Warden.**

562 U.S. 863, 131 S. Ct. 145, 178 L. Ed. 2d 86, 2010 U.S. LEXIS 5894.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.